C. Augusta Beutel v. Frederick Standou and Paulina Standou. No. 305. Error from Clay district court. Opinion filed June 20, 1898. *Reversed.* F. P. Harkness, for plaintiff in error. B. B. Tuttle, and Coleman & Williams, for defendants in error.

R. W. Christie and Lena A. Christie v. John Jeffries *et al.* No. 306. Error from Cloud district court. Opinion filed June 20, 1898. *Affirmed.* L. J. Crans, for plaintiffs in error. Ira E. Lloyd, for defendants in error.

First National Bank of Concordia v. Park B. Pulsifer and O. P. Lecomte. No. 317. Error from Cloud district court. Opinion filed June 20, 1898. *Dismissed.* Theodore Laing, for plaintiff in error. Pulsifer & Alexander, for defendants in error.

Thomas Dixon, jr., v. George H. Crawford. No. 321. Error from Geary district court. Opinion filed June 20, 1898. *Affirmed.* John T. Dixon, for plaintiff in error. W. S. Roark, for defendant in error.

George Schrader v. Saline County Alliance Exchange Company. No. 304. Error from Saline District court. Opinion filed July 11, 1898. *Affirmed.* David Ritchie, and J. G. Mohler, for plaintiff in error. Z. C. Milliken, and Wilson & Wilson, for defendant in error.

WESTERN DIVISION.

The Pioneer Savings and Loan Company v. Matt Kasper. No. 142. Error from Decatur district court. Opinion filed March 4, 1898. *Affirmed.*

The Nebraska Loan and Trust Company v. John L. Jones *et al.* No. 145. Error from Decatur district court. Opinion filed January 21, 1898. *Dismissed.*

The State of Kansas v. Samuel Keenan. No. 151. Appeal from Decatur district court. Opinion filed April 4, 1898. *Affirmed.*

O. L. Reed v. Albert Fisher. No. 144. Error from Norton district court. Opinion filed January 7, 1898. *Dismissed.* L. H. Thompson, and J. T. Reed, for plaintiff in error. John R. Hamilton, for defendant in error.

---

SOUTHERN DEPARTMENT.

EASTERN DIVISION.

The Missouri Pacific Railway Company v. W. H. Clark. No 193. Error from Allen district court. Opinion filed November 10, 1897. *Affirmed.* J. H. Richards, C. E. Benton, and Campbell & Hankins, for plaintiff in error. Oscar Foust & Son, and T. S. Stover, for defendant in error.

State Bank of Fort Scott v. T. J. Allen *et al.* No. 282. Error from Bourbon district court. Opinion filed June 15, 1898. *Affirmed.* E. M. Hulett, and J. D. McCleverty, for plaintiff in error. C. E. Cory, for defendants in error.

---